UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| The ESTATE OF JESSICA BURCH, deceased; MARTINA DILLON, individually and as Administratrix of the Estate of Jessica Burch; K.J.R., a minor child of Jessica Burch, individually; and, D.R.B., a minor child of Jessica Burch, individually., <br>　　　　Plaintiffs, <br><br>　vs. <br><br>STEVE KNIGHT, Floyd County Jail Commander, individually and in his official capacity; FLOYD COUNTY, INDIANA; DARRELL MILLS, Floyd County Sheriff, individually and in his official capacity; CARL BANET, Floyd County Jail Corrections Officer, individually; EDDIE MAYFIELD, Floyd County Sheriff's Department Transport Officer, individually and, JOHN & JANE DOE(S), Floyd County Correctional Officers, individually., <br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:09-cv-139-SEB-WGH |

## **FINAL JUDGMENT**

Having granted Defendant's summary judgment motion in a concurrent ruling, the

Court now enters JUDGMENT in favor of Defendants, Steve Knight, Floyd County Jail

Commander, individually and in his official capacity; Floyd County, Indiana; Darrell

Mills, Floyd County Sheriff, individually and in his official capacity; Carl Banet, Floyd

County Jail Corrections Officer, individually; Eddie Mayfield, Floyd County Sheriff's

Department Transport Officer, individually and, John & Jane Doe(s), Floyd County Correctional Officers, individually in their official and individual capacities and against Plaintiffs, the Estate of Jessica Burch, deceased; Martina Dillon, individually and as Administratrix of the Estate of Jessica Burch; K.J.R., a minor child of Jessica Burch, individually; and, D.R.B., a minor child of Jessica Burch, individually, each side to bear its own fees and costs.

      IT IS SO ORDERED.

Date: 01/20/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP
jlowe@k-glaw.com

Jeff Davis Wenning
THE WENNING LAW OFFICE
jdwenning@insightbb.com